UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:
EDMUNDO DELGADO
ZORAIDA E GARCIA-DELGADO
Debtor(s)
_____/

CASE NO.: 6:14-bk-10677-ABB
CHAPTER 13

### VERIFIED MOTION TO STRIP LIEN OF PARTNERS FEDERAL CREDIT UNION
(Re: 9933 Crenshaw Cir, Clermont, FL 34711)

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
Pursuant to Local Rule 2002-4, the Court will consider this motion, objection or other matter without further notice or hearing unless a party in interest files an objection within thirty (30) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 400 W Washington Street, Suite 5100, Orlando, Florida 32801 and serve a copy on the Debtors' attorney, Walter F. Benenati, Esq., 105 E. Robinson Street, Suite 302, Orlando, Florida 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing and may grant the relief requested

COME(s) NOW the Debtors, Edmundo Delgado and Zoraida E Garcia-Delgado, and file this Verified Motion to Strip Lien of Partners Federal Credit Union and for Determination that Claim is Unsecured pursuant to Section 506(a) of the Bankruptcy Code and would show:

1. The Debtor believes her home is worth $129,023.00.

2. There are two (2) mortgages that are secured by the home located at 9933 Crenshaw Cir, Clermont, FL 34711, and more particularly described as:

   **LOT 64, LOUISA POINTE, PHASE II, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 44, PAGES 29 AND 30, PUBLIC RECORDS OF LAKE COUNTY, FLORIDA.**

3. The first mortgage is held by Bayview Financial Loan, with a principle balance of $204,636.09.

4. The second mortgage is held by CitiMortgage Inc. with a principle balance of $77,000.00.

5. The home is valued at less than the total balance of the first mortgage.

6. Any timely claim filed by Partners Federal Credit Union should, therefore, be treated as an unsecured claim.

7. A copy of the current value of the home is attached (see Attached Exhibit "A").

WHEREFORE, the Debtors request that the Court value the homestead at the current value and treat the second mortgage owed to Partners Federal Credit Union as an unsecured creditor.

## AFFIDAVIT

We, Edmundo Delgado and Zoraida E Garcia-Delgado, declare under penalties of perjury, that the foregoing Motion to Strip Lien of Partners Federal Credit Union is true and correct to the best of my knowledge, information, and belief.

12-8-2014
Date

EDMUNDO DELGADO

12-8-14
Date

ZORAIDA E GARCIA-DELGADO

State of Florida
County of Orange

Sworn before me this 8 day of December, 2014.

WITNESS my hand and official seal

Signature: J Warren                   Affiant: _____ Known: _____ Produced ID: X

Type of ID: FL DR LIC



J WARREN
Notary Public - State of Florida
My Comm. Expires Mar 25, 2017
Commission # EE 880311
Bonded Through National Notary Assn.

Respectfully submitted,

/s/ WALTER F. BENENATI
WALTER F. BENENATI, ESQ.
Florida Bar No.: 46679

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via US first class mail or electronic transmission to Laurie K. Weatherford, through Electronic Case Filing; Edmundo Delgado and Zoraida E Garcia-Delgado, 9933 Crenshaw Cir, Clermont, FL 34711; Partners Federal Credit Union, 2190 S Town Centre Place, Anaheim, CA 92806 this 8th day of December 2014.

/s/ WALTER F. BENENATI
WALTER F. BENENATI, ESQ.
Florida Bar No.: 46679
Law Offices of Walter F. Benenati
Credit Attorney, P.A.
105 E. Robinson Street Suite 302
Orlando, Florida 32801
(407) 236-7171
(407) 236-7667
Attorneys for Debtors

# Property Record Card
## General Information

| Alternate Key: | 3795434 | Parcel: | 16-23-26-120500006400 |
|---|---|---|---|
| Owner Name: | DELGADO EDMUNDO & ZORAIDA E | Millage: | 0003 (Unincorporated) : 14.6705 |
| Owner Address: | 9933 CRENSHAW CIR CLERMONT, FL 34711 | Property Location: | 9933 CRENSHAW CIR CLERMONT FL 34711 |
| Legal Description: | LOUISA POINTE PHASE II SUB LOT 64 PB 44 PGS 29-30 | ORB 2038 PG 1490 | | |

## Land Data

| Line | Land Use | Frontage | Depth | Notes | No. Units | Type | Class Value | Just Value |
|---|---|---|---|---|---|---|---|---|
| 1 | DRY SFR LOT (0100) | 0 | 0 | | 1 | LT | $0.00 | $21,500.00 |

## Residential Building(s)

### Building 001

| Residential | Single Family | Building Value: $107,523.00 |
|---|---|---|

| Summary ||||
|---|---|---|---|
| Year Built: 2001 | Total Living Area: 1953 | Central A/C: Yes | Attached Garage: Yes |
| Bedrooms: 3 | Full Bathrooms: 2 | Half Bathrooms: 0 | Fireplaces: 1 |

| Section(s) |||||||||
|---|---|---|---|---|---|---|---|---|
| Section No. | Section Type | Ext. Wall Type | No. Stories | Floor Area | Finished Attic | Basement | Basement Finished | Map Color |
| 1 | FINISHED LIVING AREA (FLA) | Stucco/Brick (003) | 1 | 1953 | N | 0% | 0% | |
| 2 | GARAGE (GCF) | Stucco/Brick (003) | 1 | 462 | N | 0% | 0% | |
| 3 | OPEN PORCH (OPF) | No Wall Type (000) | 1 | 36 | N | 0% | 0% | |
| 4 | OPEN PORCH (OPF) | No Wall Type (000) | 1 | 140 | N | 0% | 0% | |

Exhibit "A"

4/11/2014



## Miscellaneous Improvements

| There is no Improvement information to display. |

## Sales History

| O.R. Book / Page | Sale Date | Instrument | Q/U | Vac./Imp. | Sale Price |
|---|---|---|---|---|---|
| 1908 / 1324 | 2/12/2001 | WD | M | V | $1.00 |
| 2038 / 1490 | 11/29/2001 | WD | Q | I | $133,400.00 |

## Value

**Estimated Tax Calculation**
(Assumes qualifying residential property. No additional exemptions included.)

| | |
|---:|---:|
| Total Just Value: | $129,023.00 |
| Save Our Homes Benefit: − | $6,083.00 |
| Assessed Value: = | $122,940.00 |
| Other Exemptions: − | $0.00 |
| Total Homestead: − | $50,000.00 |
| Total Taxable Value: = | $72,940.00 |
| Millage Rate: [?] x | 0.0146705 |
| Base Ad-Valorem Tax: = | $1,064.46 |
| Non-Exempt School Levies: + | $184.85 |
| Estimated Ad-Valorem Tax: = | $1,249.31 |

What could my ad-valorem taxes be like over time?
How can the assessment of my homestead property increase even when there has been a reduction in my fair market value?

* The just values are NOT certified values and therefore are subject to change before being finalized for ad valorem assessment purposes. The estimated tax totals do not reflect Non-Ad Valorem assessments. (Fire Fees, Solid Waste, etc.) Please consult the Tax Collector for actual taxation amounts.

## Truth In Millage (TRIM) Notice

4/11/2014